UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DASHAY JONES, | ) | Case No.: 3:22 CV 2135 |
| Plaintiff | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| WARDEN DENNIS SULLIVAN, | ) ) ) | ORDER |
| Defendant | ) | |

Before the court is the Report and Recommendation of Magistrate Judge Jennifer D. Armstrong, (ECF No. 27) recommending that the court deny the Petitioner's Motion to Amend the Habeas Petition and Motion for Extension of Time to file his opening brief, (ECF No. 16). The time has expired for filing any objections to the Report and Recommendation.

For the reasons stated by the Magistrate Judge, the court hereby adopts in full the Report and Recommendation of the Magistrate Judge. Therefore, it hereby denies the Motion to Amend. It also denies the Motion for Extension of Time as moot.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 15, 2024